

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **7·13·12**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL MARTE and CARLOS ARCOS, on
behalf of themselves and others similarly and the
proposed Rule 23 Class

             Plaintiffs,

    v.

ENERGY RESOURCES PERSONNEL LLC,
PUMP HOLDINGS, LLC, et al.,

             Defendants.

11 Civ. 2490 (LLS) (DCF)

---

**ORDER GRANTING: (1) PLAINTIFFS' UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT, AND APPROVAL OF THE FLSA SETTLEMENT; (2) PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS REPRESENTATIVE SERVICE AWARDS, AND (3) PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

The above-entitled matter came before the Court on (1) Plaintiffs' Unopposed Motion for

Certification of the Settlement Class, Final Approval of the Class Action Settlement, and

Approval of the FLSA Settlement; (2) Plaintiffs' Unopposed Motion for Approval of

Class Representative Service Awards, and (3) Plaintiffs' Unopposed Motion for

Approval of Attorneys' Fees and Reimbursement of Expenses. Based upon the Court's

review of the aforementioned motions, and all papers submitted in their support, ~~the~~ it

~~Court hereby issues an Orders~~ is hereby ORDERED that:

                                                     L L S

(1) ~~Certifying~~ the following settlement class under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement: employees employed by Energy Resources Personnel LLC, Pump Holdings, LLC, The Pump Catering Company LLC, Pump 17th Street LLC, Pump 275 Madison Ave Restaurant Operating LLC, Pump 52nd Street LLC, Pump 80 Pine LLC, 55th Street Restaurant Operating LLC, and Adam Eskin from April 12, 2005 until April 12, 2011 *is certified;* LLS

(2) ~~Granting final approval of~~ the Joint Stipulation of Settlement and Release, which is attached as Exhibit 1 to the Declaration of C.K. Lee, *is approved;* LLS

(3) ~~Granting approval of~~ the FLSA settlement *is approved;* LLS

(4) ~~Granting~~ service awards to Class Representatives Miguel Marte and Carlos Arcos in the amounts of $3,564 and $5,280, respectively, in recognition of the services they rendered on behalf of the class *are granted;* LLS

(5) ~~Awarding Class Counsel~~ $63,333.33, which is one-third of the Settlement Fund, *is awarded to Class Counsel as a full and final fee; and* LLS

(6) ~~Reimbursing~~ $20,000 in out-of-pocket expenses that Class Counsel incurred in prosecuting this action and administering this settlement, *is approved and allowed to be paid from the settlement fund, in reimbursement.* LLS

**It is so ORDERED this**
**13 day of July 2012**

Louis L. Stanton

**Honorable LOUIS L. STANTON**
**United States District Judge**

MIGUEL MARTE and CARLOS ARCOS, on
behalf of themselves and others similarly and the
proposed Rule 23 Class

                    Plaintiffs,

      v.

ENERGY RESOURCES PERSONNEL LLC,
PUMP HOLDINGS, LLC, et al.,

                    Defendants.

11 Civ. 2490 (LLS) (DCF)

**NOTICE OF PLAINTIFFS'
UNOPPOSED MOTION FOR
CERTIFICATION OF THE
SETTLEMENT CLASS, FINAL
APPROVAL OF THE CLASS
ACTION SETTLEMENT, AND
APPROVAL OF THE FLSA
SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs'
Motion for Certification of the Settlement Class, Final Approval of the Class Action
Settlement, and Approval of the FLSA Settlement ("Plaintiffs' Motion for Final
Approval"), and in the Declaration of C. K. Lee in Support of Plaintiffs' Motion for Final
Approval ("Lee Dec.") and the exhibits attached thereto, Plaintiffs respectfully request
that the Court enter an Order:

(1)     certifying the following settlement class under Federal Rule of Civil Procedure
23(a) and (b)(3) for purposes of effectuating the settlement: employees employed
by Energy Resources Personnel LLC, Pump Holdings, LLC, The Pump Catering
Company LLC, Pump 17th Street LLC, Pump 275 Madison Ave Restaurant
Operating LLC, Pump 52nd Street LLC, Pump 80 Pine LLC, 55th Street Restaurant
Operating LLC, and Adam Eskin from April 12, 2005 until April 12, 2011;

(2) granting final approval of the Joint Stipulation of Settlement and Release, attached as Exhibit A to the Lee Dec.;

(3) granting approval of the FLSA Settlement; and

(4) granting any other relief that the Court deems just and proper.

For the Court's convenience, Plaintiffs have contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**.

Dated: June 29, 2012

Respectfully submitted,

KRASELNIK & LEE, PLLC

By: s/ C.K.Lee _____
C.K. Lee (CL 4086)
Robert L. Kraselnik (RK 0684)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
***Attorneys for Plaintiffs and the Class***